UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:14-103 |
| | ) | |
| KRYSTAL MARIE NEAL | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**M. Travis Saul,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT M. Travis Saul** be granted leave of absence for the following period: **February 16, 2015 through February 23, 2015; April 6, 2015 through April 14, 2015; and June 29, 2015 through July 3, 2015.**

This 5th day of January, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia